## EXPRESS OIL CHANGE, INC., Plaintiff–Appellee,

v.

## UNITED STATES of America, Defendant–Appellant.

No. 96–7148.

United States Court of Appeals, Eleventh Circuit.

Dec. 18, 1998.

Sarah K. Knutson, Kenneth L. Greene, Annette M. Wietecha, U.S. Dept. of Justice, Tax Div., Washington, DC, for Defendant–Appellant.

C. Fred Daniels, Jimmy G. McLaughlin, Birmingham, AL, for Plaintiff–Appellee.

Before COX, CARNES and HULL, Circuit Judges.

PER CURIAM:

This case is affirmed for the reasons stated in the district court's thorough and well-reasoned order dated September 30, 1996, and cited as 25 F.Supp.2d 1313 (N.D.Ala. 1996).

AFFIRMED.